**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6645**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

RAYMOND MCARTHUR BEALL, a/k/a Raymond Bell,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Fox, Senior District Judge.  (4:95-cr-00057-F-1)

Submitted:  September 30, 2014          Decided:  October 3, 2014

Before DUNCAN and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond McArthur Beall, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Beall appeals from the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c) (2012). On appeal, Beall challenges his original sentence and raises a claim of ineffective assistance of counsel. These claims, however, are not cognizable under § 3582. Moreover, Beall's failure to challenge the actual basis for the district court's decision has waived review. See 4th Cir. R. 34(b); Wahi v. Charleston Area Med. Ctr., Inc., 562 F.3d 599, 607 (4th Cir. 2009) (limiting appellate review to arguments raised in the brief in accordance with Fed. R. App. P. 28(a)(9)(A)); Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004) (noting that appellate assertions not supported by argument are deemed abandoned). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED